# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02719-REB

STACIE BEABER,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## FINAL JUDGMENT

This **Final Judgment** is entered pursuant to Fed. R. Civ. P. 58(a) and in accordance with the **Order Reversing Disability Decision and Remanding to Commissioner** [#15] entered by Judge Robert E. Blackburn on March 3, 2014, which order is incorporated herein by this reference.

**THEREFORE, IT IS ORDERED** as follows:

1. That the conclusion of the Commissioner through the Administrative Law Judge that plaintiff was not disabled is **REVERSED**;

2. That this case is **REMANDED** to the ALJ, who is directed to:

    a. Reassess plaintiff's credibility properly in light of all the evidence of record and the deficiencies noted in this opinion;

    b. Reexamine and, if necessary, correct his determination of plaintiff's date last insured;

      c.  Reevaluate all medical opinions of record, citing specific, legitimate reasons specifically tied to the evidence of record for the weight afforded to each of them;

      d.  Recontact any treating source, seek the testimony of medical experts, order consultative examinations, solicit further vocational expert testimony, or otherwise further develop the record as he deems necessary;

      e.  Determine whether the evidence is sufficient to make a finding of equivalence at step 3 of the sequential evaluation;

      f.  Reassess plaintiff's residual functional capacity; and

      g.  Reassess the disability determination; and

3.  That plaintiff is **AWARDED** her costs, to be taxed by the clerk of the court pursuant to Fed. R. Civ. P. 54(d)(1), D.C.COLO.LCivR 54.1, and 28 U.S.C. § 2412(a)(1).

DATED at Denver, Colorado, this 4th day of March, 2014.

      FOR THE COURT:

      Jeffrey P. Colwell, Clerk

      By: s/Kathleen Finney
           Kathleen Finney
           Deputy Clerk