**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-02719-REB

STACIE BEABER,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

## ORDER

**Blackburn, J.**

The matter is before me on the **Stipulated Award of Fees Under The Equal Access to Justice Act** [#19][1] filed April 1, 2014. After reviewing the stipulation and the record, the court has concluded that the stipulation should be approved and that the defendant should pay to the plaintiff, through counsel, the amount of $7,200.00 in attorney fees.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Award of Fees Under The Equal Access to Justice Act** [#19] filed April 1, 2014, is **APPROVED**; and

2. That defendant shall pay to the plaintiff, through counsel, the amount of $7,200.00 in attorney fees.

Dated April 1, 2014, at Denver, Colorado.

                **BY THE COURT:**

                *Bob Blackburn*
                Robert E. Blackburn
                United States District Judge

---

[1] "[#19]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.